# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR315 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SUBRENA GARNER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for review of pre-trial detention (Filing No. 56). Garner requests that she be released to an Intermediate Residential Substance Abuse Program until the birth of her child and then to a 3/4 or ½ way house.

Garner has participated in inpatient substance abuse treatment twice in the past. She has participated in an outpatient treatment facility once and has lived in two 3/4 way houses. Although she has acknowledged a problem with methamphetamine, she has not done so with other drugs she used during the first part of her pregnancy such as alcohol and marijuana. Garner already has four children being raised by relatives. Garner is scheduled for trial on January 2, 2007.

The motion for review of detention and for an order setting conditions of release (Filing No. 56) is denied.

**IT IS SO ORDERED.**

DATED this 13th day of December, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge