**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR315** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| **SUBRENA GARNER,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 276). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 220) against the above-named Defendant.

IT IS ORDERED that the government's Motion to Dismiss (Filing No. 276) is granted and the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 220) is dismissed.

DATED this 8th day of December, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge