# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SUBRENA GARNER<br><br>　　　　　　　Defendant. | 8:06CR315<br><br>ORDER |

The government has filed a Motion to Dismiss [303] the Petition for Warrant or Summons for Offender Under Supervision, Filing No. [282]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Warrant or Summons for Offender Under Supervision [282], filed herein, as it relates to the Defendant, Subrena Garner is dismissed, without prejudice.
2. The hearing scheduled for July 12, 2018 at 2:30 p.m. is cancelled.

Dated this 11th day of July 2018.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　Chief United States District Judge